# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ERIKA QUINTERO (1),<br><br>                    Defendant. | CASE NO. 15CR2989-DMS<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, with prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

8:1324 (a)(1)(A)(ii),(v)(I)and (a)(1)(B)(I) - Conspiracy to Transport Certain Aliens for Financial Gain

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 9, 2017

                                        _____
                                        Bernard G. Skomal
                                        U.S. Magistrate Judge